# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Kian Chante Carter and Jermaine Lamont Duley,**<br>    Debtors. | Case No.:   24−10044−SDB<br>Judge:   Susan D. Barrett<br>Chapter:   13 |

### NOTICE OF HEARING

Notice is given that a hearing shall be held on:

**August 26, 2024, at 02:00 PM**
Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901

to consider and act upon the following:

Request by Debtor(s) to be heard on Motion to Dismiss filed by Trustee

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **July 22, 2024**

*13−36 (Rev. 03/22)* **VWW**